UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LAMONTE BRAZELTON, ) | |
| ) | Cause No.   4:16-cv-29 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TIPPECANOE COUNTY SHERIFF, ) | |
| ADVANCED CORRECTIONAL ) | |
|    HEALTHCARE INC., ) | |
| NURSE J. KENNEDY, ) | |
| DR. NADIR AL-SHAMI, and, ) | Jury Trial Requested |
| MICHAEL E. SVETANOFF, II, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

### I. Nature of Case

1. This lawsuit seeks money damages against the Tippecanoe County Sheriff, the Sheriff's medical provider, and employees of both entities, for the needless pain and suffering endured by a Tippecanoe County Jail inmate whom the defendants failed to treat for a ruptured appendix.

### II. Jurisdiction and Venue

2. This action is brought pursuant to 42 U.S.C. §1983 and is premised on the Eighth Amendment to the United States Constitution. This Court has original subject matter jurisdiction of the federal questions presented, pursuant to 28 U.S.C. §1331.

3. Venue is proper in this Court, pursuant to 28 U.S.C. §1391, because the events giving rise to this action occurred in, and the defendants are residents of or do business in, Tippecanoe County, Indiana, which is located in the Northern District of Indiana.

4. This Court has supplemental jurisdiction over plaintiff's state law claims against the

Sheriff pursuant to 28 U.S.C. §1367.

### III.  Parties

5. Plaintiff Lamonte Brazelton is an adult resident of Indiana.

6. Defendant Tippecanoe County Sheriff is a law enforcement agency with its offices in Tippecanoe County, Indiana and a political subdivision of the state of Indiana. This defendant is sued on Plaintiff's federal and state claims.

7. Defendant Advanced Correctional Healthcare Inc., (ACH) is an Illinois corporation doing business in Indiana, and was, at the time of the events giving rise to Plaintiff's claims, providing medical care to inmates at the Tippecanoe County Jail. This defendant is sued on Plaintiff's federal claims.

8. Doctor Nadir Al-Shami is a physician employed by ACH whose duties include providing health care services to inmates of the Tippecanoe County Jail. Dr. Al-Shami is sued on plaintiff's federal claims.

9. Nurse J. Kennedy is a nurse employed by the Tippecanoe County Sheriff whose duties include providing health care services to inmates of the Tippecanoe County Jail. Nurse Kennedy is sued only on plaintiff's federal claim.

10. Correctional Officer Michael E. Svetanoff, II is a correctional officer employed by the Tippecanoe County Sheriff whose duties include providing for the care and custody of inmates of the Tippecanoe County Jail. Correctional Officer Svetanoff is sued only on plaintiff's federal claim.

## IV. Facts

11. Lamonte Brazelton was an inmate in the Tippecanoe County Jail from April 26, 2014 until August 25, 2014.

12. On or about August 20, 2014, Mr. Brazelton began suffering from severe abdominal pain due to appendicitis.

13. Mr. Brazelton repeatedly requested medical assistance for this acute condition, but to no avail.

14. Mr. Brazelton was unable to eat for days,

15. Mr. Brazelton suffered from being unable to keep food or water down, and had severe nausea.

16. Mr. Brazelton informed Correctional Officer Michael E. Svetanoff, II about his condition, but Officer Svetanoff failed to provide him any assistance or contact the nurse on his behalf.

17. Mr. Brazelton informed Officer Svetanoff that he could not eat, and Officer Svetanoff callously responded that "since you cannot eat, you will probably starve."

18. On August 22, 2014, Mr. Brazelton was able to get Correctional Officer Svetanoff to contact the jail nurse, J. Kennedy, and convince her to come to Mr. Brazelton's cell given the seriousness of his medical condition.

19. Nurse Kennedy came to the cell, observed that Mr. Brazelton had severe abdominal pain, nausea, and dizziness.

20. Nurse Kennedy also found out that Mr. Brazelton had not been able to have a bowel movement in four days.

21. Nurse Kennedy recorded in Mr. Brazelton's Medical Progress Notes that she telephoned Dr. Al-Shami and obtained a voice order to provide Mr. Brazelton with Milk of Magnesium.

22. Nurse Kennedy provided Milk of Magnesium to Mr. Brazelton which failed to alleviate Mr. Brazelton's symptoms.

23. Mr. Brazelton was exhibiting all the signs of an infected appendix.

24. Nurse Kennedy nd Dr. Al-Shami failed to take any steps to accurately examine and diagnosis Mr. Brazelton.

25. Mr. Brazelton completed at least two health care requests which were ignored by correctional and health care staff.

26. Mr. Brazelton lingered with worsening symptoms from August 22 to 25, 2014.

27. On August 25, 2014, Mr. Brazelton was able to convince Correctional Officer Fincher to contact Nurse Kennedy and summon her to his cell.

28. Nurse Kennedy documented that Mr. Brazelton was complaining of vomiting, nausea, diarrhea, and right side abdominal pain

29. Nurse Kennedy noted that Mr. Brazelton was very week and pale in color.

30. On that same day, August 25, 2014, Tiwana Jakes, Mr. Brazelton's mother, learned of her son's weakened condition from a visitor to the jail.

31. Ms. Jakes contacted the Tippecanoe County Jail and demanded that her son be transported to a hospital for treatment.

32. Mrs. Jakes threatened the jail staff with legal action if her son was not transported to the hospital.

33. Finally, the jail had Mr. Brazelton transported to the hospital.

34. The doctors at the hospital diagnosed Mr. Brazelton with a ruptured appendix.

35. Because the appendix had ruptured and spread poison throughout Mr. Brazelton's body, the hospital physicians could not operate on Mr. Brazelton right away and had to fight the infection first and then operate on him the following day.

36. Mr. Brazelton likely would have died if his mother had not intervened and demanded that he be taken to the hospital.

37. Tippecanoe County officials contracted with Advanced Correctional Healthcare to provide medical care to inmates.

38. Inmates at the Tippecanoe County Jail have endured unnecessary pain and suffering as a result of consistently substandard medical care provided there to the inmates.

39. ACH, Dr. Al-Shahmi, Nurse Kennedy, and the Sheriff's staff did not deliver care that met the standard of care to Mr. Brazelton.

40. Had Mr. Brazelton been provided adequate care, his appendix could have been removed prior to its bursting in his body, and the flow of poison from that appendix into his body would have been prevented.

41. The defendants' failure to provide Mr. Brazelton with adequate care required additional medical care than would have been unnecessary prior to the appendix bursting, resulting in a substantial increase in the medical expenses he incurred.

42. Mr. Brazelton's pain and suffering and injuries were caused by the policy and practice of the Tippecanoe County Sheriff and ACH to deliver substandard medical care to prisoners in the Tippecanoe County Jail.

43. The actions of the individual defendants were taken within the scope of their employment.

44. The actions of the individual defendants were taken under color of state law.

## V. Claims

45. The actions and inactions of the defendants were deliberately indifferent to the reasonable medical needs of Lamonte Brazelton and thus in violation of the Eighth Amendment to the United States Constitution, actionable pursuant to 42 U.S.C. § 1983.

46. The actions and inactions of the Sheriff and his employees constituted negligence under Indiana state law.

47. Plaintiff reserves the right to proceed with any and all claims which the facts averred in this Complaint support, pursuant to the notice pleading requirement of Federal Rule of Civil Procedure 8.

## VI.   Jury Trial Requested

48. Plaintiff requests a jury trial on his claims.

## VIII.   Relief Requested

49. Plaintiff seeks all relief available under the law, including compensatory damages and punitive damages, attorney fees and costs, and all other appropriate relief.

Respectfully submitted,

Dated: April 13, 2016               /s/ *Richard A. Waples*
                                    Richard A. Waples

6

<u>/s/*James E.Porter*</u>  
James E. Porter

Attorneys for Plaintiff

Richard A. Waples  
**WAPLES & HANGER**  
410 N. Audubon Road  
Indianapolis, Indiana 46219  
TEL: (317) 357-0903  
FAX: (317) 357-0275  
EMAIL: rwaples@wapleshanger.com

James E. Porter  
**EPSTEIN COHEN SEIF & PORTER, LLP**  
50 S. Meridian St. Suite 505  
Indianapolis, IN 46204  
(317) 639-1326 ext.114  
JamesPorter.Law@gmail.com