UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LAMONTE BRAZELTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIPPECANOE COUNTY SHERIFF, )<br>ADVANCED CORRECTIONAL )<br>  HEALTHCARE, INC., )<br>NURSE J.KENNEDY, )<br>DR. NADIR AL-SHAMI, and, )<br>MICHAEL E. E. SVETANOFF, II, )<br>)<br>Defendants. ) | CAUSE NO. 4:16-CV-29-PPS-PRC |

## **STIPULATION TO DISMISS**

Come now the parties, by counsel, and pursuant to F.R.C.P. 41(a)(1)(A)(ii) stipulate to the dismissal of this cause, with prejudice, each party bearing its own costs.

  *s/ James E. Porter*  
James E. Porter, Attny. No. 28011-49  
EPSTEIN COHEN SEIF & PORTER,LLP  
50 S. Meridian St., Suite 505  
Indianapolis, IN 46204  
Attorney for plaintiff  
Lamonte Brazelton

*s/ Ian L. Stewart*  
Ian L. Stewart,  Attny. No. 23162-53  
STEPHENSON MOROW & SEMLER  
3077 E. 98th Street, Ste. 240  
 Indianapolis, IN 46280  
Attorney for defendants  
Tippecanoe County Sheriff, Jessica  Kennedy and Michael Svetanoff

  *s/ Carol A. Dillon*  
Carol A. Dillon,  Attny. No.  25549-49  
BLEEKE DILLON CRANDALL, P.C.  
8470 Allison Pointe Boulevard, Suite 420  
Indianapolis, IN 46250-4362  
Attorney for defendants  
Advance Correctional Healthcare, Inc., Dr. Nadir Al-Shami;